UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BIOSCRIP, INC. SECURITIES LITIGATION | Civil Action No. 13-cv-6922-AJN |

**NOTICE OF LEAD COUNSEL'S MOTION FOR AN AWARD OF
ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

TO:     All Counsel of Record

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 23(e) and 23(h) and this Court's Order Preliminarily Approving Settlement and Providing for Notice, dated February 11, 2016, and upon (i) the Declaration of Hannah G. Ross in Support of (A) Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation, and (B) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; (ii) the Memorandum of Law in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; and (iii) all other papers and proceedings herein, Lead Counsel will and hereby does move this Court, before the Honorable Alison J. Nathan, on June 13, 2016 at 10:00 a.m., in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, or at such other location and time as set by the Court, for entry of an Order awarding attorneys' fees and reimbursement of Litigation Expenses. A proposed Order granting the requested relief will be submitted with Lead Counsel's reply papers after the deadline for objecting to the motion has passed.

Dated: May 9, 2016                                    Respectfully submitted,

                                                    **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ Hannah G. Ross*
Hannah G. Ross
Jai Chandrasekhar
1251 Avenue of the Americas
New York, NY 10020
Tel.: (212) 554-1400
Fax: (212) 554-1444
Hannah@blbglaw.com
Jai@blbglaw.com

*Counsel for Lead Plaintiff Fresno County Employees' Retirement Association and Lead Counsel for the Settlement Class*

**SAXENA WHITE P.A.**
Joseph E. White, III
Lester R. Hooker
2424 N. Federal Highway, Suite 257
Boca Raton, FL 33431
Tel: 561 394-3399
Fax: 561 394-3382
jwhite@saxenawhite.com
lhooker@saxenawhite.com

*Counsel for Additional Plaintiff West Palm Beach Police Pension Fund*

#983706