# EXHIBIT H

**A.B. DATA, LTD.**

Class Action Administration

600 A.B. Data Drive

Milwaukee, WI 53217

414-961-7523

accounting@abdataclassaction.com

abdataclassaction.com



| | | |
|---|---|---|
| Bernstein Litowitz Berger & Grossmann LLP | INVOICE | 169980 |
| John Mills | PAGE | 1 of 1 |
| 1251 Avenue of the Americas | DATE | 2/29/2016 |
| New York, NY 10020 | CLIENT | 107250 |

# INVOICE

**JOB  54055**              **BIOSCRIP**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Printing and Mailing of Notice Packets | 50,000 | 0.740 | $37,000.00 |
| Postage - Notice Packets | 5,532 | 0.440 | $2,434.08 |
| Post Office Box Rental/Renewal (annual) | 1 | 780.000 | $780.00 |

**TOTAL**                    **$40,214.08**

**MAIL CHECKS TO**

PO Box 170062, Milwaukee, WI 53217

Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**

US BANK, N.A.

400 W. Brown Deer Road, Bayside, WI 53217

Routing Number 075000022

Account Number 182377466541 (AB Data, Ltd.)

Swift Code USBKUS44IMT

A.B. DATA, LTD.
Class Action Administration
600 A.B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com



| Bernstein Litowitz Berger & Grossmann LLP | INVOICE | 170328 |
|---|---|---|
| John Mills | PAGE | 1 of 1 |
| 1251 Avenue of the Americas | DATE | 3/31/2016 |
| New York, NY 10020 | CLIENT | 107250 |

# INVOICE

**JOB 54055**          **BIOSCRIP**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Postage - Notice Packets | 4,690 | 0.726 | $3,404.94 |
| Establishment of Case - Specific Website | 1 | 1,500.000 | $1,500.00 |
| Website Hosting (monthly) | 1 | 175.000 | $175.00 |
| Csr's / Live Operators (hourly) | 5 | 42.000 | $210.00 |
| Interactive Voice Response (per minute) | 7.40 | 0.420 | $3.11 |
| 800 Number Charges (per minute) | 11.50 | 0.120 | $1.38 |
| IVR and Line Maintenance (monthly) | 1 | 190.000 | $190.00 |
| Bank, Broker, and Nominee Invoices (qty 14) | 1 | 2,193.440 | $2,193.44 |
| Fulfillment Expenses | 1 | 3,499.050 | $3,499.05 |
| Address Updating Prior to Initial Mailing | 1 | 850.000 | $850.00 |
| Investor's Business Daily | 1 | 4,112.250 | $4,112.25 |
| PR Newswire | 1 | 2,400.000 | $2,400.00 |

|  | **TOTAL** | **$18,539.17** |
|---|---|---|

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

A.B. DATA, LTD.
Class Action Administration
600 A.B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com



| Bernstein Litowitz Berger & Grossmann LLP | INVOICE | 171171 |
|---|---|---|
| John Mills | PAGE | 1 of 1 |
| 1251 Avenue of the Americas | DATE | 4/29/2016 |
| New York, NY 10020 | CLIENT | 107250 |

# INVOICE

**JOB  54055**　　　　　　　　**BIOSCRIP**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Per - Claim Charge (up to 20k claims) | 39 | 3.600 | $140.40 |
| Escalated Communications (hourly) | 2.25 | 125.000 | $281.25 |
| Postage - Notice Packets | 11,331 | 0.779 | $8,826.85 |
| Website Hosting (monthly) | 1 | 175.000 | $175.00 |
| Csr's / Live Operators (hourly) | 4.25 | 42.000 | $178.50 |
| Interactive Voice Response (per minute) | 48 | 0.420 | $20.16 |
| 800 Number Charges (per minute) | 134 | 0.120 | $16.08 |
| IVR and Line Maintenance (monthly) | 1 | 190.000 | $190.00 |
| Bank, Broker, and Nominee Invoices (qty 12) | 1 | 4,388.420 | $4,388.42 |
| Fulfillment Expenses | 1 | 1,772.230 | $1,772.23 |
| Claim and Exclusion Labels (per 1000) | 10 | 15.000 | $150.00 |
| Document Imaging (per page) | 74 | 0.120 | $8.88 |
| Electronic Storage (per page/month) | 651 | 0.003 | $1.95 |
| Advanced Address Updates (per record) | 1,062 | 1.100 | $1,168.20 |

**TOTAL**　　　　　　　**$17,317.92**

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT



**A.B. DATA, LTD.**
Class Action Administration
600 A.B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com

| Bernstein Litowitz Berger & Grossmann LLP | INVOICE | 171725 |
|---|---|---|
| John Mills | PAGE | 1 of 1 |
| 1251 Avenue of the Americas | DATE | 5/31/2016 |
| New York, NY 10020 | CLIENT | 107250 |

# INVOICE

**JOB 54055**          **BIOSCRIP**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Per - Claim Charge (up to 20k claims) | 94 | 3.600 | $338.40 |
| Printing and Mailing of Confirmation Postcards | 107 | 0.150 | $16.05 |
| Postage - Confirmation Postcards | 107 | 0.340 | $36.38 |
| Postage - Notice Packets | 2,228 | 0.676 | $1,506.13 |
| Website Hosting (monthly) | 1 | 175.000 | $175.00 |
| Csr's / Live Operators (hourly) | 1 | 42.000 | $42.00 |
| Interactive Voice Response (per minute) | 31 | 0.420 | $13.02 |
| 800 Number Charges (per minute) | 109 | 0.120 | $13.08 |
| IVR and Line Maintenance (monthly) | 1 | 190.000 | $190.00 |
| Bank, Broker, and Nominee Invoices (qty 8) | 1 | 2,614.850 | $2,614.85 |
| Fulfillment Expenses | 1 | 4,445.960 | $4,445.96 |
| Document Imaging (per page) | 2 | 0.120 | $0.24 |
| Document Storage - Paper (per box/month) | 1 | 1.500 | $1.50 |
| Electronic Storage (per page/month) | 6,984 | 0.003 | $20.95 |

**TOTAL**          **$9,413.56**

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)

**A.B. DATA, LTD.**
Class Action Administration
600 A.B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com



| Bernstein Litowitz Berger & Grossmann LLP | INVOICE | 12898 |
|---|---|---|
| John Mills | PAGE | 1 of 1 |
| 1251 Avenue of the Americas | DATE | 6/30/2016 |
| New York, NY 10020 | CLIENT | 107250 |

# INVOICE

**JOB  54055**                    **BIOSCRIP**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Per - Claim Charge (up to 20k claims) | 535 | 3.600 | $1,926.00 |
| Printing and Mailing of Confirmation Postcards | 261 | 0.150 | $39.15 |
| Postage - Notice Packets | 261 | 1.159 | $302.50 |
| Postage - Confirmation Postcards | 261 | 0.340 | $88.74 |
| Website Hosting (monthly) | 1 | 175.000 | $175.00 |
| Csr's / Live Operators (hourly) | 1.25 | 42.000 | $52.50 |
| Interactive Voice Response (per minute) | 29 | 0.420 | $12.18 |
| 800 Number Charges (per minute) | 95 | 0.120 | $11.40 |
| IVR and Line Maintenance (monthly) | 1 | 190.000 | $190.00 |
| Advanced Address Updates (per record) | 190 | 1.100 | $209.00 |
| Document Storage - Paper (per box/month) | 2 | 1.500 | $3.00 |
| Electronic Storage (per page/month) | 10,874 | 0.003 | $32.62 |
| Bank, Broker, and Nominee Invoices (qty 3) | 1 | 2,454.900 | $2,454.90 |

|  | TOTAL | $5,496.99 |
|---|---|---|

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

A.B. DATA, LTD.
Class Action Administration
600 A.B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com



| Bernstein Litowitz Berger & Grossmann LLP | INVOICE | 172693 |
|---|---|---|
| John Mills | PAGE | 1 of 1 |
| 1251 Avenue of the Americas | DATE | 7/29/2016 |
| New York, NY 10020 | CLIENT | 107250 |

# INVOICE

**JOB  54055**　　　　　　　　**BIOSCRIP**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Per - Claim Charge (up to 20k claims) | 585 | 3.600 | $2,106.00 |
| Printing and Mailing of Confirmation Postcards | 288 | 0.150 | $43.20 |
| Postage - Confirmation Postcards | 513 | 0.227 | $116.45 |
| Website Hosting (monthly) | 1 | 175.000 | $175.00 |
| Csr's / Live Operators (hourly) | 1.75 | 42.000 | $73.50 |
| Interactive Voice Response (per minute) | 39 | 0.420 | $16.38 |
| 800 Number Charges (per minute) | 65 | 0.120 | $7.80 |
| IVR and Line Maintenance (monthly) | 1 | 190.000 | $190.00 |
| Fulfillment Expenses | 1 | 19.050 | $19.05 |
| Document Storage - Paper (per box/month) | 5 | 1.500 | $7.50 |
| Electronic Storage (per page/month) | 16,973 | 0.003 | $50.92 |

| | TOTAL | $2,805.80 |
|---|---|---|

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

**A.B. DATA, LTD.**
Class Action Administration
600 A.B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com



| | | |
|---|---|---|
| Bernstein Litowitz Berger & Grossmann LLP | INVOICE | 173173 |
| John Mills | PAGE | 1 of 1 |
| 1251 Avenue of the Americas | DATE | 8/31/2016 |
| New York, NY 10020 | CLIENT | 107250 |

# INVOICE

**JOB  54055**                    **BIOSCRIP**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Per - Claim Charge (up to 20k claims) | 6,281 | 3.600 | $22,611.60 |
| Postage - Notice Packets | 4 | 0.548 | $2.19 |
| Postage - Confirmation Postcards | 295 | 0.402 | $118.59 |
| Website Hosting (monthly) | 1 | 175.000 | $175.00 |
| Csr's / Live Operators (hourly) | 0.75 | 42.000 | $31.50 |
| Interactive Voice Response (per minute) | 13 | 0.420 | $5.46 |
| 800 Number Charges (per minute) | 22 | 0.120 | $2.64 |
| IVR and Line Maintenance (monthly) | 1 | 190.000 | $190.00 |
| Fulfillment Expenses | 1 | 152.000 | $152.00 |
| Document Imaging - Correspondence (per page) | 8 | 0.120 | $0.96 |
| Document Storage - Paper (per box/month) | 6 | 1.500 | $9.00 |
| Electronic Storage (per page/month) | 17,186 | 0.003 | $51.56 |
| Printing and Mailing of Confirmation Postcards | 295 | 0.150 | $44.25 |

**TOTAL**                    **$23,394.75**

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT



**A.B. DATA, LTD.**
**Class Action Administration**
600 A.B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com

| Bernstein Litowitz Berger & Grossmann LLP | INVOICE | 173885 |
|---|---|---|
| John Mills | PAGE | 1 of 1 |
| 1251 Avenue of the Americas | DATE | 9/30/2016 |
| New York, NY 10020 | CLIENT | 107250 |

# INVOICE

**JOB  54055**  **BIOSCRIP**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Per - Claim Charge (up to 20k claims) | 792 | 3.600 | $2,851.20 |
| Printing and Mailing of Confirmation Postcards | 295 | 0.150 | $44.25 |
| Postage - Confirmation Postcards | 297 | 0.402 | $119.39 |
| Website Hosting (monthly) | 1 | 175.000 | $175.00 |
| Csr's / Live Operators (hourly) | 0.50 | 42.000 | $21.00 |
| Interactive Voice Response (per minute) | 12 | 0.420 | $5.04 |
| 800 Number Charges (per minute) | 41 | 0.120 | $4.92 |
| IVR and Line Maintenance (monthly) | 1 | 190.000 | $190.00 |
| Fulfillment Expenses | 1 | 243.490 | $243.49 |
| Document Storage - Paper (per box/month) | 6 | 1.500 | $9.00 |
| Electronic Storage (per page/month) | 17,395 | 0.003 | $52.19 |

**TOTAL**  **$3,715.48**

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

**A.B. DATA, LTD.**
Class Action Administration
600 A.B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com



| Bernstein Litowitz Berger & Grossmann LLP | INVOICE | 174471 |
|---|---|---|
| John Mills | PAGE | 1 of 1 |
| 1251 Avenue of the Americas | DATE | 10/31/2016 |
| New York, NY 10020 | CLIENT | 107250 |

# INVOICE

**JOB  54055**                    **BIOSCRIP**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Per - Claim Charge (up to 20k claims) | 136 | 3.600 | $489.60 |
| Website Hosting (monthly) | 1 | 175.000 | $175.00 |
| Csr's / Live Operators (hourly) | 1.50 | 42.000 | $63.00 |
| Interactive Voice Response (per minute) | 3 | 0.420 | $1.26 |
| 800 Number Charges (per minute) | 6 | 0.120 | $0.72 |
| IVR and Line Maintenance (monthly) | 1 | 190.000 | $190.00 |
| Document Storage - Paper (per box/month) | 6 | 1.500 | $9.00 |
| Electronic Storage (per page/month) | 17,416 | 0.003 | $52.25 |

|  | **TOTAL** | **$980.83** |
|---|---|---|

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT



A.B. DATA, LTD.
**Class Action Administration**
600 A.B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com

| Bernstein Litowitz Berger & Grossmann LLP | INVOICE | 175021 |
|---|---|---|
| John Mills | PAGE | 1 of 1 |
| 1251 Avenue of the Americas | DATE | 11/30/2016 |
| New York, NY 10020 | CLIENT | 107250 |

# INVOICE

**JOB  54055**          **BIOSCRIP**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Per - Claim Charge (up to 20k claims) | 32 | 3.600 | $115.20 |
| Website Hosting (monthly) | 1 | 175.000 | $175.00 |
| Csr's / Live Operators (hourly) | 0.50 | 42.000 | $21.00 |
| Interactive Voice Response (per minute) | 11 | 0.420 | $4.62 |
| 800 Number Charges (per minute) | 22 | 0.120 | $2.64 |
| IVR and Line Maintenance (monthly) | 1 | 190.000 | $190.00 |
| Document Imaging - Correspondence (per page) | 2 | 0.120 | $0.24 |
| Document Storage - Paper (per box/month) | 7 | 1.500 | $10.50 |
| Electronic Storage (per page/month) | 17,539 | 0.003 | $52.62 |

|  | **TOTAL** | **$571.82** |
|---|---|---|

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

A.B. DATA, LTD.

**Class Action Administration**
600 A.B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com



| | | |
|---|---|---|
| Bernstein Litowitz Berger & Grossmann LLP | INVOICE | 175576 |
| John Mills | PAGE | 1 of 1 |
| 1251 Avenue of the Americas | DATE | 12/30/2016 |
| New York, NY 10020 | CLIENT | 107250 |

# INVOICE

**JOB 54055**             **BIOSCRIP**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Per - Claim Charge (up to 20k claims) | 4,102 | 3.600 | $14,767.20 |
| Website Hosting (monthly) | 1 | 175.000 | $175.00 |
| Interactive Voice Response (per minute) | 6 | 0.420 | $2.52 |
| 800 Number Charges (per minute) | 6 | 0.120 | $0.72 |
| IVR and Line Maintenance (monthly) | 1 | 190.000 | $190.00 |
| Document Storage - Paper (per box/month) | 7 | 1.500 | $10.50 |
| Electronic Storage (per page/month) | 17,581 | 0.003 | $52.74 |

|  |  |
|---|---|
| **TOTAL** | **$15,198.68** |

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

A.B. DATA, LTD.
Class Action Administration
600 A.B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com



| Bernstein Litowitz Berger & Grossmann LLP | | | INVOICE | 176155 |
| --- | --- | --- | --- | --- |
| John Mills | | | PAGE | 1 of 1 |
| 1251 Avenue of the Americas | | | DATE | 1/31/2017 |
| New York, NY 10020 | | | CLIENT | 107250 |

# INVOICE

**JOB  54055**            **BIOSCRIP**

| DESCRIPTION | QTY | PRICE | AMOUNT |
| --- | --- | --- | --- |
| Per - Claim Charge (up to 20k claims) | 55 | 3.600 | $198.00 |
| Escalated Communications (hourly) | 0.50 | 125.000 | $62.50 |
| Postage - Deficiency/Ineligibility/No-loss Notifications | 516 | 0.491 | $253.36 |
| Website Hosting (monthly) | 1 | 175.000 | $175.00 |
| Interactive Voice Response (per minute) | 5 | 0.420 | $2.10 |
| 800 Number Charges (per minute) | 7 | 0.120 | $0.84 |
| IVR and Line Maintenance (monthly) | 1 | 190.000 | $190.00 |
| Document Storage - Paper (per box/month) | 7 | 1.500 | $10.50 |
| Electronic Storage (per page/month) | 17,605 | 0.003 | $52.82 |

**TOTAL**            **$945.11**

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

**A.B. DATA, LTD.**
Class Action Administration
600 A.B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com



Bernstein Litowitz Berger & Grossmann LLP
John Mills
1251 Avenue of the Americas
New York, NY 10020

| | |
|---|---|
| INVOICE | 176756 |
| PAGE | 1 of 1 |
| DATE | 2/28/2017 |
| CLIENT | 107250 |

# INVOICE

**JOB 54055**       **BIOSCRIP**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Per - Claim Charge (up to 20k claims) | 2 | 3.600 | $7.20 |
| Website Hosting (monthly) | 1 | 175.000 | $175.00 |
| Csr's / Live Operators (hourly) | 6.50 | 42.000 | $273.00 |
| Interactive Voice Response (per minute) | 76 | 0.420 | $31.92 |
| 800 Number Charges (per minute) | 224 | 0.120 | $26.88 |
| IVR and Line Maintenance (monthly) | 1 | 190.000 | $190.00 |
| Post Office Box Rental/Renewal (annual) | 1 | 780.000 | $780.00 |
| Claim and Exclusion Labels (per 1000) | 0 | 15.000 | $0.00 |
| Document Storage - Paper (per box/month) | 7 | 1.500 | $10.50 |
| Electronic Storage (per page/month) | 18,067 | 0.003 | $54.20 |

| | |
|---|---|
| **TOTAL** | **$1,548.70** |

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT



A.B. DATA, LTD.
**Class Action Administration**
600 A.B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com

| Bernstein Litowitz Berger & Grossmann LLP | INVOICE | 177300 |
|---|---|---|
| John Mills | PAGE | 1 of 1 |
| 1251 Avenue of the Americas | DATE | 3/31/2017 |
| New York, NY 10020 | CLIENT | 107250 |

# INVOICE

**JOB 54055**          **BIOSCRIP**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Per - Claim Charge (up to 20k claims) | 33 | 3.600 | $118.80 |
| Postage - Deficiency/Ineligibility/No-loss Notifications | 1 | 0.460 | $0.46 |
| Website Hosting (monthly) | 1 | 175.000 | $175.00 |
| Csr's / Live Operators (hourly) | 4.50 | 42.000 | $189.00 |
| Interactive Voice Response (per minute) | 137 | 0.420 | $57.54 |
| 800 Number Charges (per minute) | 26 | 0.120 | $3.12 |
| IVR and Line Maintenance (monthly) | 1 | 190.000 | $190.00 |
| Document Imaging - Correspondence (per page) | 123 | 0.120 | $14.76 |
| Document Storage - Paper (per box/month) | 7 | 1.500 | $10.50 |
| Electronic Storage (per page/month) | 18,218 | 0.003 | $54.65 |

|  | **TOTAL** | **$813.83** |
|---|---|---|

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

**A.B. DATA, LTD.**
Class Action Administration
600 A.B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com



| Bernstein Litowitz Berger & Grossmann LLP | INVOICE | 177897 |
|---|---|---|
| John Mills | PAGE | 1 of 1 |
| 1251 Avenue of the Americas | DATE | 4/30/2017 |
| New York, NY 10020 | CLIENT | 107250 |

# INVOICE

**JOB 54055**     **BIOSCRIP**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Per - Claim Charge (up to 20k claims) | 7 | 3.600 | $25.20 |
| Postage - Deficiency/Ineligibility/No-loss Notifications | 17 | 0.460 | $7.82 |
| Website Hosting (monthly) | 1 | 175.000 | $175.00 |
| Csr's / Live Operators (hourly) | 1.25 | 42.000 | $52.50 |
| Interactive Voice Response (per minute) | 10 | 0.420 | $4.20 |
| 800 Number Charges (per minute) | 47 | 0.120 | $5.64 |
| IVR and Line Maintenance (monthly) | 1 | 190.000 | $190.00 |
| Document Imaging - Correspondence (per page) | 17 | 0.120 | $2.04 |
| Document Storage - Paper (per box/month) | 7 | 1.500 | $10.50 |
| Electronic Storage (per page/month) | 18,235 | 0.003 | $54.71 |

**TOTAL**     **$527.61**

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT



**A.B. Data, Ltd.**

Class Action Administration Company
600 A.B. Data Drive
Milwaukee, WI 53217

|  |  |
|---|---|
| Date: | May 30, 2017 |
| Job Number: | 54055 |
| Case Name: | *In re BioScrip, Inc. Securities Litigation* |

|  |  |
|---|---|
| Prepared By: | Eric Schachter |
|  | A.B. Data, Ltd. |
|  | 414-961-7535 |
|  | eric.schachter@abdata.com |

| Distribution Estimate | Quantity | Rate ($) | Estimated Cost ($) |
|---|---|---|---|
| **Printing and Mailing** | | | |
| Printing and Mailing of Deminimis Notifications | 840 | 0.20 | 168.00 |
| Printing and Mailing of Checks | 4,000 | 0.24 | 960.00 |
| Postage | 4,840 | 0.49 | 2,371.60 |
| | | | |
| **Website and Telephone Support/Charges** | | | |
| Website Maintenance/Hosting *(monthly)* | 12 | 175 | 2,100.00 |
| CSRs/Live Operators *(per hour)* | 24 | 42 | 1,008.00 |
| Interactive Voice Response (IVR) *(per minute)* | 375 | 0.42 | 157.50 |
| 800 Number Charges *(per minute)* | 1,350 | 0.12 | 162.00 |
| IVR and Line Maintenance *(monthly)* | 12 | 190 | 2,280.00 |
| | | | |
| **Miscellaneous Expenses** | | | |
| Post Office Box Rental/Renewal *(annual)* | 1 | 780 | 780.00 |
| Advanced Address Updates | 340 | 1.10 | 374.00 |
| Check-Processing Fee *(per check)* | 4,000 | 0.15 | 600.00 |
| Document Storage - Paper *(per box/per month)* | 7 | 12 x 1.50 | 126.00 |
| Other Miscellaneous Expenses, including labels, supplies, shipping and handling, bank charges, and other miscellaneous charges and expenses | - | - | 250.00 |
| **Total Estimated Cost** | | | **$11,337.10** |