# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

"In re BioScrip, Inc. Securities Litigation"

Fresno County Employees' Retirement Association, et al.
(List the full name(s) of the plaintiff(s)/petitioner(s).)

13-CV-6922 ( AJN )

-against-

**NOTICE OF APPEAL**

BioScrip, Inc., et al.

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties:

Isaacson/Weaver Family Trust (class member and objector)
(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☐ judgment ☒ order entered on: July 26, 2017
(date that judgment or order was entered on docket)

that: granted Lead Counsel's requested attorneys' fees [docket entry #134]

(If the appeal is from an order, provide a brief description above of the decision in the order.)

August 24, 2017
Dated

*[signature]*
Signature

Isaacson, Eric Alan (Law Office of Eric Alan Isaacson)    (admitted pro hac vice)
Name (Last, First, MI)

6580 Avenida Mirola,    La Jolla,    CA    92037-6231
Address    City    State    Zip Code

858-263-9581    ericalanisaacson@icloud.com
Telephone Number    E-mail Address (if available)

---

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13